NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-1707

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00639, IPR2023-00204.

---------------------------------------------------

**NETLIST, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-1859, 2024-1863

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00996, IPR2022-00999, IPR2023-00405, IPR2023-00406.

-----------------------------------------------------

**NETLIST, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-2240, 2024-2241

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01427, IPR2022-01428, IPR2023-00882, IPR2023-00883.

---

**ON MOTION**

---

Before REYNA, LINN, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Netlist, Inc. moves for a thirty-one day extension of time until November 2, 2026, by which to file a petition for rehearing in each of the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

September 29, 2026
Date

Jarrett B. Perlow
Clerk of Court